IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM KANGAS,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                             Case No. 12-cv-91-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the defendant Michael J. Astrue, Commissioner of Social Security, and remanding this case under sentence four of 42 U.S.C. § 405(g) for a new determination of plaintiff's residual functional capacity.

*s/ Peter Oppeneer*                                   3/4/2013
Peter Oppeneer, Clerk of Court                    Date