IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM KANGAS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-91-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered granting stipulation for an award of attorney fees and cost under the Equal Access to Justice Act, 28 U.S.C. 2412 in the amount of $4,443.56.

_____      6/23/13
Peter Oppeneer, Clerk of Court           Date