IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM L. KANGAS,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 12-cv-91-bbc

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees in the amount of $24,989.98 under

the Equal to Justice Act to Heather Freeman.


| s/V.Olmo, Deputy Clerk | 8/1/2014 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |